IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHAD DUGGINS,<br><br>　　　　Defendant. | No. 1:17-mj-0161-SAB<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on September 26, 2017 to 6 days (Time Served),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: __**September 26, 2017**__　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1