# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD DUGGINS,<br><br>Defendant. | Case No. 1:17-mj-00161-SAB<br><br>ORDER DIRECTING GOVERNMENT TO NOTIFY THE COURT OF VIOLATION OF TERMS OF PROBATION WITHIN TEN DAYS AND FILE STATUS REPORT RE DEFENDANT'S COMPLIANCE WITH TERMS OF PROBATION ON OR BEFORE AUGUST 27, 2018 |

On September 26, 2017, Defendant Chad Duggins pled guilty to two counts of occupying a residence on forest system lands in violation of 36 C.F.R. § 261.10(b). Defendant was sentenced to 12 months of unsupervised probation to expire on September 26, 2018. During his probationary period, Defendant shall obey all federal, state, and local laws; notify the Court and counsel of any change of address or contact number; pay a special assessment of $20.00 by December 31, 2017; not occupy, reside or enter upon property of the National Forest Service, U.S. Department of Agriculture, National Park Service, or U.S. Department of the Interior, unless he receives authorization from the the Court or an authorized official of the National Park Service or the National Forest Service; immediately notify the Court if he enters on the property of the National Forest Service, U.S. Department of the Agriculture, National Park Service, or U.S. Department of the Interior; and while subject to any financial obligation, notify the Court of

1

any material change in his economic circumstances that might affect his ability to pay the full financial obligation.

Accordingly, IT IS HEREBY ORDERED that the Government shall:

1. Notify the Court if Defendant enters onto National Forest Service, U.S. Department of Agriculture, National Park Service, or U.S. Department of the Interior within ten (10) days of such entry during the course of defendant's probationary term; and

2. File a status report regarding Defendant's compliance with his terms of probation on or before August 27, 2018.

IT IS SO ORDERED.

Dated: **October 3, 2017**

_____
UNITED STATES MAGISTRATE JUDGE