# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-mj-00161-SAB |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S STATUS REPORT ON** |
| | ) **PROBATION** |
| CHAD DUGGINS, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on supervised release:

| **Convicted of:** | Two counts of occupying a residence on forest system lands, in violation of 36 CFR § 261.10(b) |
|---|---|
| **Sentence Date:** | September 26, 2017 |
| **Review Hearing Date:** | |
| **Probation Expires On:** | September 26, 2018 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $20.00 ($20.00 special assessment)

☐ **Other Conditions:**

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

### **Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:  Date:
  Amount:

☐ Compliance with Other Conditions of Probation:.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: 09/14/2018      */s/ Gary M. Leuis*
                                        Gary M. Leuis
                                        Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☐    that the review hearing set for _____ at 10:00 a.m.

     ☐    be continued to _____ at 10:00 a.m.

     ☐    be vacated.

DATED: 9/14/2018      */s/*
                                        DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the status report,

**IT IS HEREBY ORDERED** that:

☒    GRANTED. The Court orders that the Review Hearing be vacated.

☐    DENIED.

IT IS SO ORDERED.

Dated: **September 17, 2018**

                                        UNITED STATES MAGISTRATE JUDGE